NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTUS PIERCE,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-2172
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Robert David Malove of The Law Office of
Robert David Malove, P.A., Ft. Lauderdale,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

KHOUZAM, C.J., BLACK, J., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE,
Concur.